United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 18-14030-mdc
Rudolph Jones                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin          Page 1 of 1          Date Rcvd: Sep 28, 2018
                              Form ID: 318         Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2018.
db            +Rudolph Jones,    5723 Commerce Street,    Philadelphia, PA 19139-2428
14123872      +Police And Fire Fede,    901 Arch St,    Philadelphia, PA 19107-2495

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             EDI: BTPDERSHAW.COM Sep 29 2018 06:53:00     TERRY P. DERSHAW,   Dershaw Law Offices,
                P.O. Box 556,   Warminster, PA  18974-0632
smg            E-mail/Text: megan.harper@phila.gov Sep 29 2018 03:06:35     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 29 2018 03:05:47
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 29 2018 03:06:09     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
14123867      +EDI: CAPITALONE.COM Sep 29 2018 06:53:00     Capital One,
                Attn: General Correspondence/Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
14123868      +EDI: RCSFNBMARIN.COM Sep 29 2018 06:53:00     Credit One Bank Na,    Po Box 98873,
                Las Vegas, NV 89193-8873
14123869      +EDI: NAVIENTFKASMDOE.COM Sep 29 2018 06:53:00     Dept Of Ed/Navient,   Attn: Claims Dept,
                P.O. Box 9635,   Wilkes Barr, PA 18773-9635
14123870      +E-mail/Text: bk@lendingclub.com Sep 29 2018 03:06:41     Lending Club Corp,   71 Stevenson St,
                Suite 300,   San Francisco, CA 94105-2985
14123871      +EDI: AGFINANCE.COM Sep 29 2018 06:53:00     OneMain,   Attn: Bankruptcy,   601 Nw 2nd St,
                Evansville, IN 47708-1013
14124302      +EDI: PRA.COM Sep 29 2018 06:53:00     PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
14123873      +EDI: RMSC.COM Sep 29 2018 06:53:00     Synchrony Bank/ JC Penneys,   Attn: Bankruptcy,
                Po Box 965060,   Orlando, FL 32896-5060
14123874      +EDI: RMSC.COM Sep 29 2018 06:53:00     Synchrony Bank/Walmart,   Attn: Bankruptcy,
                Po Box 965060,   Orlando, FL 32896-5060
                                                                                   TOTAL: 12

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2018 at the address(es) listed below:
          BRAD J. SADEK    on behalf of Debtor Rudolph Jones brad@sadeklaw.com,  bradsadek@gmail.com
          TERRY P. DERSHAW    td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                       TOTAL: 3

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Rudolph Jones** | Social Security number or ITIN | **xxx–xx–5778** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **18–14030–mdc**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Rudolph Jones

9/27/18

**By the court:**   Magdeline D. Coleman
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---